UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 10-764 |
| v. | : | |
| PRECY PELLETTIERI. | : | **AMENDED ORDER** |

**THIS MATTER** having been opened to the Court by Walter F. Timpone, Esq., of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorney for Precy Pellettieri, requesting an Order releasing Ms. Pellettieri's passport from the custody of Pretrial Services for the limited purpose of attending services in California in honor of her deceased brother between **May 9, 2012 and May 16, 2012**; and the Court noting that, pursuant to the terms of Ms. Pellettieri's November 5, 2010 plea in the above-referenced matter, her ability to travel both domestically and abroad has been limited; and the Court further noting that Ms. Pellettieri surrendered her passport to Pretrial Services on November 5, 2010; and the Court finding that, under the circumstances, a variance from Ms. Pellettieri's travel restrictions to allow her to travel to California between **May 9, 2012 and May 16, 2012** is appropriate; and the Government having consented to the instant request; and Pretrial Services having consented to the instant request; and the Court having considered the instant request; and for good cause having been shown,

IT IS on this 2ND day of May, 2012,

**ORDERED** that Precy Pellettieri be granted the ability to travel to and from California between **May 9, 2012 and May 16, 2012**.

THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE