UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 10-764 |
| v. | : | |
| PRECY PELLETTIERI. | : | **ORDER** |

**THIS MATTER** having been opened to the Court by Walter F. Timpone, Esq., of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorney for Precy Pellettieri, requesting an Order permitting Ms. Pellettieri to travel to Washington, D.C. for the limited purpose of escorting her daughter to a LeadAmerica Workshop at the George Washington University in Washington, D.C. on July 18, 2012 and returning the same day; in addition, Ms. Pellettieri requests permission to travel back to Washington, D.C. on July 25, 2012 to retrieve her daughter from the LeadAmerica Workshop then to bring her daughter that same day to Virginia Beach, Virginia to stay with family, with a return by Ms. Pellettieri the next day, July 26, 2012; and the Court finding that, under the circumstances, a variance from Ms. Pellettieri's travel restrictions to permit her to travel to and from Washington, D.C. on July 18, 2012, and again on July 25, 2012, with same day travel to Virginia Beach, Virginia, and returning the next day, July 26, 2012, is appropriate; and the Government having consented to the instant request; and Pretrial Services having consented to the instant request; and the Court having considered the instant request; and for good cause having been shown,

IT IS on this ___17th___ day of ___July___, 2012,

**ORDERED** that Precy Pellettieri be granted the ability to travel to and from Washington, D.C. on July 18, 2012, returning to Washington, D.C. on July 25, 2012, then to Virginia Beach, Virginia on that same day, with a return on July 26, 2012.

_____
THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE